IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 1:21CR10003-001
)
KEVIN RAY HOLLAND )

## FINAL ORDER OF FORFEITURE

On June 7, 2021, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 22). In the Preliminary Order of Forfeiture, a Star Bonifacio Echeverria, model 1920, 9mm Largo (9x23mm)/9mm Bergmann Bayard, semi-automatic pistol, with serial number 21973; a Remington Arms Company, Inc., model 870, 12 gauge shotgun with serial number W631565M; a Sturm, Ruger & Company, Inc., model 10/22, .22 caliber semi-automatic rifle, with serial number 826-10816; a Marlin Firearms Co., model 995, .22 caliber rifle, with serial number 21533198; and a Keystone Sporting Arms, .22 caliber rifle, with serial number 532974 were forfeited to the United States pursuant to Title 18 U.S.C. §§ 924(d) and 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On July 19, 2021, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing claims was August 16, 2021. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on June 7, 2021, shall become final at this time.

IT IS SO ORDERED this 18th day of January, 2022.

_____
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE